IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) MISC. NO. 2:18-mc-3835-MHT-WC |
| | ) |
| MAX CREDIT UNION, | ) |
| | ) |
| Garnishee, | ) |
| | ) |
| CYNTHIA QUINNIE, | ) |
| | ) |
| Defendant. | ) |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. Section 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment in Criminal Case No. 2:17CR384-03) entered against the defendant, CYNTHIA QUINNIE, the last four digits of defendant's Social Security Number are 3775, whose last known address is 1052 COUNTRYSIDE LANE, MONTGOMERY, AL 36117 in the above cited action in the amount of $129,590.00. There is a balance due of $129,490.00 as of September 11, 2018.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from September 11, 2018, but defendant has failed to satisfy this debt.

The Garnishee is believed to owe or will owe money to the judgment debtor, or is in possession of property of the debtor, in which the debtor has a substantial non-exempt interest.

The name and address of the Garnishee or his authorized agent are:

Max Credit Union
P.O. Box 17930
Montgomery, AL 36193

Please issue writ of garnishment to the garnishee, MAX CREDIT UNION, for all property held in Account Number XXXXXX2870 in the possession of MAX CREDIT UNION, in the name of CYNTHIA QUINNIE to compel performance of the judgment entered August 8, 2018, in this cause.  Said defendant has failed to comply with said judgment as more fully appears from the affidavit of Michael R. Murphy, Paralegal Specialist at the United States Attorney's Office, attached hereto.

Dated this 11 day of Sept , 2018.

                                                  LOUIS V. FRANKLIN, SR.
                                                  United States Attorney

By: _____
       Stephen M. Doyle
       Chief, Civil Division
       Bar Number: District of Columbia 422474
       Post Office Box 197
       Montgomery, AL   36101-0197
       Telephone No.: (334) 223-7280
       Facsimile No.: (334) 223-7418
       E-mail:   **stephen.doyle@usdoj.gov**
       **Attorney for Plaintiff**