IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MISC. NO. 2:18-MC-3835-MHT |
| ) | |
| MAX CREDIT UNION, ) | |
| ) | |
| ) | |
| Garnishee, ) | |
| ) | |
| CYNTHIA QUINNIE, ) | |
| ) | |
| Defendant. ) | |

## **MOTION FOR ENTRY OF FINAL DISPOSITION ORDER**

COMES NOW the United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and files this Motion for Entry of Final Disposition Order and in support provides the following:

1. Pursuant to 28 U.S.C. § 3205(b)(1), Plaintiff filed an Application for Writ of Garnishment on September 11, 2018 (Doc. 1). Said Writ of Garnishment was issued on September 14, 2018 (Doc. 2). Same was served on Defendant and Garnishee by the U.S. Marshals Service. (Docs. 3, 4).

2. Garnishee answered the writ on September 20, 2018. (Doc. 5). There was no request for a hearing from the Defendant.

3. The non-exempt funds are currently being held by Garnishee awaiting direction from the Court.

4.       Pursuant to 28 U.S.C. § 3205(c)(7), the court shall promptly enter an order directing the garnishee as to the disposition of the defendant's nonexempt interest in the property.

WHEREFORE, the undersigned requests the Court to enter an order directing Garnishee to turn over the funds held in the accounts identified in Garnishee's Answer to be paid directly to the Clerk of Court to be applied towards Defendant's outstanding restitution balance.

Respectfully submitted this the 16th day of May, 2019.

                            LOUIS V. FRANKLIN, SR.
                            United States Attorney

                    By: /s/James J. DuBois
                         JAMES J. DUBOIS
                         Chief, Civil Division
                         GA Bar Number: 231445
                         Attorney for Plaintiff
                         Post Office Box 197
                         Montgomery, AL   36101-0197
                         Telephone No.: (334) 223-7280
                         Facsimile No.: (334) 223-7418
                         E-mail:   **James.DuBois2@usdoj.gov**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

Ms. Cynthia Quinnie
1052 Countryside Lane
Montgomery, AL 36117

Max Credit Union
P.O. Box 17930
Montgomery, AL 36193

/s/James J. DuBois
Assistant United States Attorney