IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| | ) | MISC. ACTION NO. |
| v. | ) | 2:18mc3835-MHT |
| | ) | (WO) |
| MAX CREDIT UNION, | ) ) | |
| Garnishee, | ) ) | |
| CYNTHIA QUINNIE, | ) ) | |
| Defendant. | ) | |

DISPOSITION ORDER

Upon consideration of the government's motion for final disposition (doc. no. 6), it is ORDERED that:

(1) The motion is granted.

(2) The garnishee Max Credit Union shall turn over all funds identified as belonging to the defendant, Cynthia Quinnie, to the Clerk of Court, U.S. District Court, One Church Street, Room B-110, Montgomery, AL 36104, to be applied to the restitution ordered to be

paid by defendant Quinnie in Criminal Case No. 2:17CR384-03.

This case is closed.

DONE, this the 31st day of May, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE